ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSEPH BARELA,<br><br>                    Defendant. | Case No. 1:26-po-00085-SAB<br><br>[Citation #E1835802 CA/86]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00085-SAB [Citation #E1835802 CA/86] against JOSEPH BARELA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 9, 2026                    Respectfully submitted,

                                       ERIC GRANT
                                       United States Attorney

                         By:    /s/ *Joshua B. Banister*
                                       JOSHUA B. BANISTER
                                       Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00085-SAB [Citation #E1835802 CA/86] against JOSEPH BARELA is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **June 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Barela
Case No. 1:26-po-00085-SAB